# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br><br>COLTIN RYLIE PLUMMER,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>    20-013-SMM |

FILED BY ___CMP___ D.C.

FEB 18 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 7, 2020; February 8, 2020; February 11, 2020  in the county of   Martin & Palm Beach   in the   Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of child pornography. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Brian Broughton, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 18, 2020

_____
*Judge's signature*

City and state:       Fort Pierce, Florida                    Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES v. COLTIN RYLIE PLUMMER
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian Broughton, being duly sworn, depose and state as follows:

1. I am a task force officer (TFO) with the United States Federal Bureau of Investigation (FBI). Currently, I am assigned to the FBI Crimes Against Children/Innocent Images Unit. I am also employed by the Martin County Sheriff's Office and assigned to the Special Victims Unit, which is responsible for investigating sex related crimes and child exploitation. I have been a sworn law enforcement officer in the State of Florida since March 15, 1992.

2. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes, including FBI Round-up Peer-To-Peer (P2P) Investigations, Round-up EMule Investigations, Round-up ARES Investigations, Basic Sex Crimes Investigations, and Sexual Deviant Behavior. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor, including investigations of individuals suspected of violating federal child pornography laws under 18 U.S.C. §§ 2251, 2252, 2252A, 2422 and 2423. I have completed the Treasury Computer Forensic Training Program's Basic and Advanced Computer Evidence Recovery Training Courses. I have also written search warrants and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein, COLTIN RYLIE PLUMMER ("PLUMMER"). I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to

me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that PLUMMER has violated Title 18, United States Code, Section 2252(a)(2), which makes it a crime to distribute child pornography.

4.     On February 7, 2020, School Resource Officer (SRO) Deputy Sheriff (D/S) Thomas McDonald, of Stuart Middle School, was notified by Assistant Principal Charlie Moody, about an inappropriate online incident involving several students and an unknown person. Due to the allegations, I responded to Stuart Middle School to assist in the investigation.

5.     The investigation revealed the following: On the morning of February 7, 2020, four minor aged students that attend Stuart Middle School, received a friend request on the social media application Snapchat, from the Snapchat user **johnnyreeve2020.** Immediately after accepting the friend request, each of the students started receiving vulgar and illicit messages, photos and videos. Minor victim #1, using her Snapchat name **aXXXXXXa,** received texts from user **johnnyreeve2020** asking *"wanna watch me cum"* and *"I wanna taste your pussy"*. User **johnnyreeve2020** then stated, *"how old are u anyways 12"*. The user, **johnnyreeve2020** then sent a video of an erect white male penis, telling minor victim #1, **"*Im gonna rape you*".** User **johnnyreeve2020** then sent 4 images of a nude young female, who appeared to be under 18 years of age, exposing her vagina in a lewd manner. User **johnnyreeve2020** stated *"I made her pose for these pics. She is 13... I fucked her so good"*.

6.     Another minor victim, #2, using her Snapchat name **lXXXXXXXX7,** also received the video of an erect male penis, from Snapchat user **johnnyreeve2020.** Snapchat user **johnnyreeve2020** sent a text message to minor victim #2, along with the video, stating *"Watch me jerkoff n cum on video chat really quick it turns me on when a girl watches. Just watch quick that's it pleaseee.. I'll never ask u again."*. The Snapchat user **johnnyreeve2020** also sent minor

2

victim #2 a screenshot of her location. This was due to minor victim #2 having her location turned on in the Snapchat application.

7. Additional minor victims, #3 and #4, also received a video from **johnnyreeve2020** depicting an erect white male penis, via their Snapchat accounts, **jXXXXXXXXX9** and **aXXXXXXXXXXX8.**

8. On February 10, 2020, two additional students from Stuart Middle School reported receiving inappropriate videos, images and texts from Snapchat user **johnnyreeve2020.** One student, minor victim #5, using her Snapchat name **sXXXXXXXXXXXXXh,** received from Snapchat user **johnnyreeve2020** on the evening of February 7, 2020, a video of an erect male penis and a video of a white male masturbating and then ejaculating. The following day, minor victim #5 received a video from **johnnyreeve2020**, of a white male engaging in sexual intercourse with what appears to be a preteen child. User **johnnyreeve2020** texted along with the video, *"Fucked a 9 year old today lol…..Mmmm it felt so good."*

9. Another student, minor victim #6, using her Snapchat name **aXXXXXX3**, reported that she also received a video from Snapchat user **johnnyreeve2020**, on February 8, 2020. The video depicted white male engaging in sexual intercourse with what appears to be a preteen child. User **johnnyreeve2020** texted along with the video, *"Look at this 9 year old I fucked."* User **johnnyreeve2020** then sent minor victim #6 a fully nude image of a preteen girl, holding a guitar. User **johnnyreeve2020** texted, "That's the girl from the video".

10. Based on the above facts and statements, I pursued and secured a State Search Warrant for Snapchat, to identify the identity and location of Snapchat users **johnnyreeve2020; lXXXXXXXX7; aXXXXXXa; jXXXXXXXXX9; aXXXXXXXXXXX8; sXXXXXXXXXXXXXh; and aXXXXXX3** as well as their communications and content sent or

3

received from such user(s), to prove the felony crimes of FSS 847.0137 Transmission of pornography by electronic device or equipment prohibited and FSS 847.0138 Transmission of material harmful to minors to a minor by electronic device or equipment. *The videos and images described in this Affidavit, depict harmful materials and child pornography, as defined by Florida Statutes.*

11. On February 13, 2020, I received the search warrant return from Snapchat. The return included subscriber information and IP login information. I also found numerous images and videos depicting child pornography being sent to various individuals, including the identified minor children described previously, from user **johnnyreeve2020**. Snapchat identified the user **johnnyreeve2020**'s login IP address as 2600:1700:8930:3fe0:8819:1490:633f:9827, on 2/6/2020 @ 09:44:55 UTC. The IP was assigned to AT&T Internet Services.

12. On February 13, 2020, an exigent request was sent to AT&T Global Demands Center Services for subscriber information. AT&T returned subscriber information for the suspect IP address. The Subscriber information came back to Mary Plummer, with a service address of 15365 118th Trl N, Jupiter, Florida 33478.

13. On February 11, 2020, Palm Beach County Sheriff's Office (PBSO) Det. Malory Wildove received a complaint from York County Sheriff's Office, in South Carolina, alleging an individual with a Snap chat name of **jeff_t9664** targeted a 12 year old minor female, attempting to force her to send him nude images of herself. The male subject also sent the minor victim several sexually explicit images of minor children. A search warrant was conducted on the suspect's Snapchat account. The IP address for the user came back to AT&T Internet Account, belonging to subscriber Mary Plummer. The service address was 15365 118th Trl N, Jupiter, Florida 33478.

4

14. On September 12, 2019, PBSO Det. Kelly White received a Cybertip from the National Center for Missing and Exploited Children (#52424206) The Cybertip reported that a Snapchat user, with the name **coltin_james**, uploaded 21 image files depicting sexually explicit conduct of minor children. A phone number for the Snapchat account was listed as 561-XXX-5419.

15. A search of the Palm Beach County Sheriff's Office records revealed that in 2014, Coltin Plummer was listed as a victim of an aggravated battery. In the report he listed his phone number as 561-XXX-5419, which was the same number listed for the Snapchat profile for user, **coltin_james.**

16. On February 18, 2020, a federal search warrant was executed on the residence of Coltin Plummer. During the course of the search warrant, Coltin Plummer was located on scene. Plummer was subsequently interviewed. During a non-custodial and voluntary interview, Plummer admitted to downloading and saving child pornography files, from the "dark web", and saving them to his phone, later identified as an iPhone6s. Plummer also admitted to creating various Snapchat user names that he utilized to send pornography, including child pornography, to various unknown Snapchat users. Preliminary analysis of Plummer's iPhone 6s, showed numerous child pornography image files, saved to his deleted folder. During his interview, Plummer advised that he retained his child pornography files in his deleted folder to keep these files from being saved in his camera photo roll folder to prevent detection.

17. Based on the foregoing facts, I believe there is probable cause to charge COLTIN

*(INTENTIONALLY LEFT BLANK)*

5

RYLIE PLUMMER, with violation of Title 18, United States Code, Section 2252(a)(2), which makes it a crime to distribute child pornography.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Brian Broughton
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me in Fort Pierce, Florida, this ___ day of February 2020.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-013-SMM

UNITED STATES OF AMERICA

v.

COLTIN RYLIE PLUMMER,

                  **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
DIANA M. ACOSTA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   775185
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel:   772-466-0899
Fax:   772-466-1020
Email:   Diana.Acosta@usdoj.gov